IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AASIYAH J. PRESSLEY,**<br><br>　　　　　Plaintiff,<br>　v.<br><br>**THE GRANT APARTMENTS, et al.,**<br><br>　　　　　Defendants. | **CIVIL ACTION**<br><br>**NO. 24-3169-KSM** |

**ORDER**

**AND NOW**, this 19th day of August, 2025, upon consideration of Defendants' motion to dismiss (Doc. No. 47) and Plaintiff's response (Doc. Nos. 48, 49), it is **ORDERED** that Defendants' motion is **GRANTED** for the reasons set forth in the accompanying memorandum. **IT IS FURTHER ORDERED** as follows:

　　　　1.　Plaintiff's claims against Defendants Cohen Marraccini LLC and New York Life Insurance Co. are **DISMISSED WITH PREJUDICE**.

　　　　2.　Plaintiff's claim for a violation of 42 U.S.C. § 1981 against Defendants The Grant Apartments, KRE MREG Cynwyd Owner LLC, and Mack Property Management is **DISMISSED WITH PREJUDICE**. Plaintiff's state law claims against these Defendants are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over these state law claims.

　　　　3.　The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.